FLORENCE I. DUGGAN and WILLIAM J. DUGGAN, Respondents, v. SUNNY-BLISS REALTIES, INC., and CENTURY CIRCUIT, INC., Appellants.— Action by the plaintiff-wife to recover for personal injuries sustained at defendant's theatre, of which she was a patron, when she was pushed and knocked down by other patrons who were rushing to secure the seat she had just vacated, and by plaintiff-husband to recover for loss of services and expenses. Judgment for plaintiffs unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

JAMES EVANS and MARIE EVANS, as Administrators, etc., of JAMES F. EVANS, JR., Respondents, and JAMES EVANS, Plaintiff, v. DORA MARTIN and MYRON MARTIN, Appellants.— A child, five years of age, was killed by an automobile owned by one of the defendants and operated by the other. The parents, as administrators, brought an action for damages, and the father sued individually. On the trial the father's individual action was dismissed. In the action by the administrators, the jury returned a verdict for $20,000. A motion to set the verdict aside was denied, and judgment for the sum of $22,854.35 was entered. Defendants appeal. Judgment reversed on the law and the facts and a new trial granted, costs to abide the event. The only evidence in the case is as to the age of the infant and the respective ages of its parents. The record is barren of any proof upon which a verdict awarding substantial damages could be based. Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ., concur.